| | |
|---|---|
| 1 | BARRY E. HINKLE, Bar No. 071223 |
| | NICOLE M. PHILLIPS, Bar No. 203786 |
| 2 | BRUCE A. HARLAND, Bar No. 230477 |
| | WEINBERG, ROGER & ROSENFELD |
| 3 | A Professional Corporation |
| | 1001 Marina Village Parkway, Suite 200 |
| 4 | Alameda, California 94501-1091 |
| | Telephone 510.337.1001 |
| 5 | Fax 510.337.1023 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRI-COUNTY, INC., A California Corporation<br><br>    Defendant. | No.   C 05-04197 TEH<br><br>**NOTICE OF BANKRUPTCY FILING BY DEFENDANT; REQUEST FOR STAY OF ACTION PENDING RESOLUTION OF CHAPTER 7 BANKRUPTCY** |

Plaintiffs KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND

2  PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND

3  JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE

4  OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, by and through there Counsel

5  of Record, hereby give notice to the Court that defendant TRI-COUNTY, INC., a California

6  Corporation, has filed for Chapter 7 Bankruptcy.  Attached hereto as Exhibit "A" is a true and

7  correct copy of the Notice of Chapter 7 Bankruptcy.  Accordingly, plaintiffs respectfully request a

8  Stay of the Action Pending Resolution of the Chapter 7 Bankruptcy.

Dated:  February 15, 2006

                              WEINBERG, ROGER & ROSENFELD
                              A Professional Corporation

               By:  //s// BRUCE A. HARLAND
                     BARRY E. HINKLE
                     NICOLE M. PHILLIPS
                     BRUCE A. HARLAND
                     Attorneys for Plaintiffs

111127/411038

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Thelton E. Henderson]*

02/23/06

- 2 -